No. 83–6533 (A–804).   SONNIER v. MAGGIO, WARDEN.   C. A. 5th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.   Certiorari denied.   JUSTICE REHNQUIST took no part in the consideration or decision of this application and petition.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth

and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay, grant certiorari, and vacate the death sentence in this case.